■ ROSE ORZY, Respondent, v. ISAAC FISHMAN et al., Defendants, and JENNY FISHMAN et al., Appellants.— In an action by the purchaser for specific performance of a contract for the sale of real property, or for other relief, defendants Jenny Fishman and Ida Fishman appeal from an order insofar as it denies their motion for summary judgment. Order, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNEST WILLIAMS, True Name ERNEST FLOYED WILLIAMS, Appellant.— Appeal from a judgment of County Court, Queens County, convicting appellant of murder in the first degree, and sentencing him, upon the jury's recommendation of life imprisonment, to prison for his natural life, and from said sentence. Judgment unanimously affirmed. No opinion. No separate appeal lies from the sentence which has been reviewed on the appeal from the judgment of conviction. Present — Nolan, P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. AARON U. HOMNICK, Respondent, against RUTH HOMNICK, Also Known as RUTH LASNER, Appellant.— Appeal from an order insofar as it grants respondent's motion to punish appellant for contempt for interfering with respondent's visitation rights, previously awarded; modifies and enlarges such visitation rights; restrains appellant from removing the infant from the city or State of New York, and restrains appellant and members of her family from interfering with said visitation rights. Order modified by striking therefrom the last ordering paragraph, and application for a change of visitation rights severed and remitted to the Special Term for determination. As so modified, order, insofar as appealed from, affirmed, without costs. The original application was to punish for contempt and the alteration of the visitation rights should not have been made without affording appellant an opportunity to be heard on the merits, as she requested. Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ., concur.

■ GEORGE F. RUPPENICKER et al., Appellants, v. CHARLIE HARRIS et al., Respondents.— In an action by appellant Amanda Ruppenicker to recover damages for personal injuries and by her husband for medical expenses and loss of services and to recover damages for injuries to his motor vehicle, the jury rendered a verdict in favor of appellants and against respondents. The appeal is from an order granting a motion to set aside the verdict and for a new trial. Order unanimously affirmed, with costs to respondents to abide the event. No opinion. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.